# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 16, 2020

MEMO END.

By ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York

**Re: United States v. Caesar Diaz, et al., 20 Cr. 176 (LAK)**

Dear Judge Kaplan:

On consent of the Government, the defendants jointly request that the Court adjourn the deadline for defendants' suppression motion (March 26)[1] and the next conference (April 15) by 45 days. We make this request because of difficulties arising from the COVID-19 pandemic. In light of current circumstances, the defendants' ability to investigate this case and prepare their suppression motion is seriously hampered. To take just one example, BOP restrictions now prohibit counsel from visiting our clients—both of whom are incarcerated—for at least 30 days, meaning we cannot review the evidence with them or prepare and have them sign any necessary affidavits. Given these unique circumstances, we respectfully request that the Court grant the adjournment.

Defendants consent to an exclusions of Speedy Trial time until the adjourn date. Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Counsel to Michael Hawkins
212.417.8792

cc: All counsel

**MEMO ENDORSEMENT**

Time within which to file suppression motion extended to and including May 1, 2020. Govt's opposition due May 15, 2020. Any reply due May 22, 2020. Argument or conference to be held May 27, 2020 at 12 noon.

Time is excluded from now through May 27, 2020. The interests of justice served thereby outweigh the interests of the public and the defendant in a speedy trial public health emergency.

SO ORDERED.

Dated: March 24, 2020

Lewis A. Kaplan
United States District Judge

---

[1] Government's opposition is due April 9, and defendants' reply is due April 13. We request that these deadlines be adjusted accordingly.