UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                    20-cr-0176 (LAK)

CAESAR DIAZ and MICHAEL DAWKINS,

        Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.    The oral argument on the motion to suppress scheduled for May 27, 2020 is postponed indefinitely. The Court will hold an evidentiary hearing on the motion as promptly as possible in all the circumstances. That hearing is set for June 23, 2020 at 9:30 although it may prove necessary or convenient to alter that date or time.

        2.    At present, it seems unlikely that the Court will be empaneling trial juries until summer if not later. Accordingly, the June 23, 2020 trial setting is cancelled and will be reset at a later date.

        3.    It seems likely that the case could be tried earlier to the Court (without a jury) than with a jury. In the event that all relevant parties waive their rights to trial by jury, the Court would consider proceeding non-jury. In the event such a waiver should be agreed upon, the parties shall file a stipulation signed on behalf of the defendants and the government. In the event no such waiver is agreed upon, the Court is to be informed that there is no such waiver but not of which party or parties was unwilling to waive.

        SO ORDERED.

Dated:    May 23, 2020

                                                            /s/ Lewis A. Kaplan
                                                            Lewis A. Kaplan
                                                            United States District Judge